## 55393. DEPARTMENT OF PUBLIC SAFETY et al. v. MURPHY.

QUILLIAN, Presiding Judge.

The Georgia Administrative Procedure Act specifically excludes from its applicability the State Board of Workmen's Compensation. Code Ann. § 3A-102 (a) (Ga. L. 1964, pp. 338, 340; Ga. L. 1965, pp. 283, 284; Ga. L. 1975, pp. 404, 407).

*Judgment affirmed. Webb and McMurray, JJ., concur.*

ARGUED MARCH 6, 1978 — DECIDED APRIL 10, 1978 — REHEARING DENIED MAY 1, 1978.

*Arthur K. Bolton, Attorney General, Robert S. Stubbs, II, Executive Assistant Attorney General, Don A. Langham, First Assistant Attorney General, Michael J. Bowers, Senior Assistant Attorney General, Wayne P. Yancey, Assistant Attorney General, G. Thomas Davis,* for appellants.

*Wallace & Moss, Howard P. Wallace,* for appellee.